## Busby vs. Atkins.

The case of Roane vs. Green & Wilson, *ante,* approved.

Mr. Chief Justice WALKER said :

The questions of law presented for our consideration in this case, are substantially the same as those decided in the case of *Julia Roane vs. Green & Wilson* at the last term of this court; and that decision is decisive of the questions presented in this case.

*Appeal from Jefferson Circuit Court.*

Hon. W. M. HARRISON, Circuit Judge.

YELL for appellant.